1046

[No. 30940-1-III.   Division Three.   July 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM D. HARGROVE, *Appellant*.

*Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Korsmo and Fearing, JJ.

[No. 31918-1-III.   Division Three.   July 9, 2015.]

*In the Matter of the Marriage of* SANDRA GUNKEL, *Appellant*, and DANIEL GUNKEL, *Respondent*.

*Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Korsmo and Fearing, JJ.

[No. 32066-9-III.   Division Three.   July 9, 2015.]

BRENT MCFARLAND, *Appellant*, v. BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY, *Respondent*.

*Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 32997-6-III.   Division Three.   July 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER D. THORSON, *Appellant*.

*Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Korsmo and Fearing, JJ.